No. 03M7. GUINN v. MCGUIRE. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 03M10. AMERICAN FOREST & PAPER ASSN. ET AL. v. LEAGUE OF WILDERNESS DEFENDERS/BLUE MOUNTAIN BIODIV-ERSITY PROJECT ET AL. Motion for leave to intervene to file petition for writ of certiorari denied.

No. 03M13. NAKAHARA v. CALIFORNIA; and

No. 03M18. BAILEY v. UNITED STATES. Motions for leave to proceed in forma pauperis without affidavits of indigency exe-cuted by petitioners denied.

No. 129, Orig. VIRGINIA v. MARYLAND. Motion of plaintiff for judicial notice denied. [For earlier order herein, see, e. g., 538 U. S. 997.]

No. 99–927. ROSS ET AL. v. ALASKA ET AL., 528 U. S. 1155. Motion of petitioners for costs and attorney's fees denied. JUS-TICE BREYER took no part in the consideration or decision of this motion.